IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON KEY,** | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-672 |
| | : | |
| **GERALD ROZUM, ET AL.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this     day of July, 2010, upon careful and independent consideration of the Petition for a Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 (Doc. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 27), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The petition for a Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 is

    **DISMISSED WITH PREJUDICE**.

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**